THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C17-1171-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALLIED PROTECTION SERVICES, INC., a California Corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's filing of a revised accounting (Dkt. No. 18). There appears to be an error in the amounts due reflected in the filing, specifically in the amount of liquidated damages calculated and amount due before payments to date. Plaintiff is DIRECTED to refile a corrected accounting.

DATED this 1st day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1171-JCC
PAGE - 1